IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Timothy Carraway, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>Unum Life Insurance Company of )<br>America, )<br>)<br>    Defendant. )<br>_____ ) | C/A No.: 3:22-cv-04005-JFA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Timothy Carraway and Defendant Unum Life Insurance Company of America hereby stipulate that this lawsuit shall be and the same is hereby dismissed *with prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own fees and costs of litigation.

Respectfully submitted this 22nd day of May, 2023.

| | |
|---|---|
| s/Nathaniel W. Bax<br>Nathaniel W. Bax<br>Federal I.D. No.: 09835<br>Foster Law Firm, LLC<br>25 Mills Avenue<br>Post Office Box 2123<br>Greenville, South Carolina 29602<br>Telephone: (864) 242-6200<br><br>ATTORNEYS FOR PLAINTIFF<br><br>Date: May 22, 2023 | s/Theodore D. Willard, Jr.<br>Theodore D. Willard, Jr.<br>Federal I.D. No.: 5136<br>Montgomery Willard, LLC<br>1002 Calhoun Street<br>Post Office Box 11886<br>Columbia, South Carolina 29211-1886<br>Telephone: (803) 779-3500<br><br>ATTORNEYS FOR DEFENDANT<br><br>Date: May 22, 2023 |